SEBASTIANO REBEIRO, Respondent, v. JOHN L. WALSH, Doing Business under the Firm Name and Style of the NORTHPORT SAND AND GRAVEL COMPANY, Appellant.— Judgment of the County Court of Suffolk county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JAMES SALTY, Respondent, v. JOSEPH BERGER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN H. SINGER, Respondent, v. WESTCHESTER SERVICE CORPORATION, Appellant.— Order and resettled order granting plaintiff a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

DOMENICO STRAGAZZI, Appellant, v. ANDREA MARCHETTI and Others, Defendants, and DOROTHY L. BRENNAN and VITO F. LANZA, Respondents.— Order denying plaintiff's motion to open default affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

HYMAN ZUROFF, Appellant, v. HOMETOWN FURNITURE CORPORATION, Respondent.— Order of the City Court of Yonkers denying plaintiff's motion for summary judgment reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Defendant made no proof, by affidavit or otherwise, showing that it had a defense to this action, and summary judgment should, therefore, have been granted. (Rules Civ. Prac. rule 113; *O'Meara Co.* v. *National Park Bank,* 239 N. Y. 386, 395.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

SHEPARD BENJAMIN, Appellant, v. ANNA SEGAL and JULIUS SEGAL, Respondents.— Application denied, with ten dollars costs.

JOSEPH CARMINA, an Infant under Fourteen Years of Age, by LORETTA CARMINA, His Guardian ad Litem, and LORETTA CARMINA, Respondents, v. RODGERS & HAGERTY, INC., Appellant.— Application denied, with ten dollars costs.

BERTRAM B. MACHAT, Respondent, v. AARON S. SCHWARTZ, Appellant, Impleaded with Others, Defendants.— Application denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALPHONSO CAVO and ANTHONY DELUCCA, Doing Business under the Firm Name and Style of ELK BOTTLING COMPANY, Appellants.— Application denied, with ten dollars costs. (N. Y. City Mun. Ct. Code, § 154.)

LOUIS B. BERLEY, Respondent, v. L. K. S. HOLDING CORPORATION, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

HAROLD W. DAVIE, Respondent, v. MARIE D. KLING, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.